UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DIAGA NIANG,

                Plaintiff,

      -v-                                        15-cv-3983 (KBF)

THE PORT AUTHORITY OF NEW YORK AND     **VERDICT SHEET**
NEW JERSEY, and PORT AUTHORITY POLICE
OFFICER V. ROSADO,

                Defendants.

------------------------------------------------------------- X

Court Exhibit 3
5/12/16

KATHERINE B. FORREST, District Judge.

**You <u>must</u> answer Questions 1, 2, 3, 4, 5, 8 and 9; <u>only</u> answer Questions 6, 7, 10 and 11 if the instructions on this verdict sheet direct you to answer them.**

    **You <u>must</u> answer Questions 1, 2, and 3.**

1. Was plaintiff Diaga Niang's taxi blocking an active taxi stand in a manner that constituted more than a mere inconvenience?

        Yes ✓  No ____

2. Was plaintiff Diaga Niang's overhead light working at the time of the arrest?

        Yes ____  No ✓

3. Did plaintiff Diaga Niang refuse to obey a lawful instruction by defendant Victor Rosado with a reasonable opportunity to comply?

        Yes ✓  No ____

FALSE ARREST (Questions 4 through 7)

**You must answer Questions 4 and 5.**

4. At the time of the arrest, did defendant Officer Victor Rosado have a reasonable belief, even if mistaken, that plaintiff Diaga Niang committed, was committing, or was about to commit an offense under either the New York City Rules & Regulations or the New York State Penal Law?

    Yes ___✓___   No _____

5. Do you find that the defendant officer falsely arrested the plaintiff on March 23, 2014?

    Yes _____   No ___✓___

**If you answered "no" to Question 5, proceed to Question 8, and do not answer Questions 6 or 7. Only proceed to Questions 6 and 7 if you answered "yes" to Question 5.**

6. If you answered "yes" to Question 5, what amount of damages has the plaintiff proven he suffered as a result of the false arrest?

    $ _____ N/A

7. If you find that punitive damages are appropriate as to false arrest, enter the amount that the plaintiff has proven he is entitled to here. (If you find that the plaintiff was falsely arrested, but do not find punitive damages appropriate, you may leave it blank or enter $0.)

    $ _____ N/A

2

MALICIOUS PROSECUTION (Questions 8 through 11)

**You must answer Questions 8 and 9.**

8. At the time he issued the summons, did defendant Officer Victor Rosado have a reasonable belief, even if mistaken, that plaintiff Diaga Niang had committed an offense under New York State Penal Law?

    Yes ✓   No ____

9. Do you find that the defendant officer maliciously prosecuted the plaintiff on March 23, 2014?

    Yes ____   No ✓

**If you answered "no" to Question 9, you are finished. Do not answer Questions 10 or 11. Sign this form on the last page and give it to the marshal. Only proceed to Questions 10 and 11 if you answered "yes" to Question 9.**

10. If you answered "yes" to Question 9, what amount of damages has the plaintiff proven he suffered as a result of the malicious prosecution? (You must award at least $1 as nominal damages if you answered "yes" to Question 9.)

    $ _____

11. If you find that punitive damages are appropriate as to malicious prosecution, enter the amount that the plaintiff has proven he is entitled to here. (If you find that the plaintiff was maliciously prosecuted, but do not find punitive damages appropriate, you may leave it blank or enter $0.)

    $ _____

**Sign this form on the last page and give it to the marshal.**

5/12/2016

Please sign and date the form and tell the marshal that the jury has reached a verdict.

Dated:    New York, New York
              May 12, 2016

_____    _____
FOREPERSON

_____    _____

_____    _____

_____